IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| YUNG-KAI LU,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF UTAH,<br><br>　　　　　Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO APPOINT COUNSEL**<br><br>Case No.  2:16-cv-00051-CW-EJF<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

　　　　District Judge Clark Waddoups referred this case to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 7.)  As an initial matter, the Court notes that it granted Plaintiff Yung-Kai Lu leave to proceed in forma pauperis ("IFP") under 28 U.S.C. § 1915.  (ECF No. 3.)  Before the Court is Plaintiff's Motion to Appoint Counsel.  (ECF No. 5.) "A plaintiff asserting an employment discrimination claim has no constitutional or statutory right to appointed counsel." *Castner v. Colo. Springs Cablevision*, 979 F.2d 1417, 1420 (10th Cir. 1992).  However, the Court may in its discretion appoint counsel for an indigent plaintiff "in such circumstances as the court may deem just."  42 U.S.C. § 2000e-5(f)(1).  Based on the Complaint and the IFP filing, the Court GRANTS Mr. Lu's Motion to Appoint Counsel.

　　　　The CLERK OF COURT IS DIRECTED to locate pro bono counsel.

　　　　SO ORDERED this 12th day of February, 2016.

1

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge