IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| YUNG-KAI LU,<br><br>                Plaintiff,<br><br>v.<br><br>UNIVERSITY OF UTAH,<br><br>                Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO EXTEND TIME TO PROCEED SERVICE OF PROCESS**<br><br>Case No.  2:16-cv-00051-CW-EJF<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

      Before the Court is Plaintiff Yung-Kai Lu's Motion to Extend Time to Proceed Service of Process.  (ECF No. 6.)  Mr. Lu alleges that he submitted a notice of claim to the Utah State Attorney General Office on December 31, 2015, and is expecting a response by March 1, 2016.  *Id.*  Having reviewed Mr. Lu's Motion, the Court GRANTS the Motion and hereby tolls the start of the period for service of process until March 1, 2016.  Pursuant to Federal Rule of Civil Procedure 4(m), Mr. Lu will have until May 30, 2016, to serve Defendant.  Fed. R. Civ. P. 4(m).

      DATED this 12th day of February, 2016.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge