IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| YUNG-KAI LU, | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO EXTEND TIME TO AMEND COMPLAINT** |
|---|---|
| Plaintiff, | |
| v. | |
| UNIVERSITY OF UTAH, | Case No. 2:16-cv-00051-CW-EJF |
| Defendant. | District Judge Clark Waddoups |
| | Magistrate Judge Evelyn J. Furse |

Before the Court is Plaintiff Yung-Kai Lu's Motion to Extend Time to Amend Complaint. (ECF No. 22.) Having reviewed Mr. Lu's Motion, and for good cause appearing, the Court GRANTS the Motion and hereby ORDERS that the deadline for submission of Mr. Lu's Amended Complaint is extended to July 15, 2017.

DATED this 24th day of May, 2017.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge